UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY WAYNE RICHMOND,<br><br>    Petitioner,<br><br>  v.<br><br>JULIET GARRATT,<br><br>    Respondent. | Case No.  C07-5533 RJB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 3) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

  The Clerk is directed to mail a copy of this Order to petitioner.

  DATED this 6th day of November, 2007.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1