1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
8                       AT TACOMA

9    BILLY WAYNE RICHMOND,

10              Petitioner,
                                              Case No. C07-5533 RJB/KLS
11        v.
                                              ORDER GRANTING MOTION TO
12   JULIET GARRATT,                          AMEND PETITION

13              Respondent.

14

15

16        Before the Court is Petitioner's motion to amend his habeas corpus petition to correctly

17   name the Respondent.  (Dkt. # 12).

18        Accordingly, it is **ORDERED**:

19        (1)    Petitioner's motion (Dkt. # 12) is **GRANTED**;

20        (2)    The Clerk of the Court shall amend the caption of this case to reflect that the correct

21               name of the Respondent is Jeffrey Uttecht; and

22        (3)    The Clerk of the Court shall send a copy of this Order to Petitioner.

23

24        DATED this  24th  day of January, 2008.

25

26                                            Karen L. Strombom
                                              United States Magistrate Judge
27

28   ORDER - 1