UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY WAYNE RICHMOND,

    Petitioner,

  v.

JEFFREY UTTECHT,

    Respondent.

Case No. C07-5533 RJB/KLS

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO AMEND

Before the Court is Petitioner's letter (Dkt. # 22) requesting a one week extension of time within which to file his amended petition to more clearly state the nature of his habeas claims, as directed by Order dated March 31, 2008. (Dkt. # 20). Having carefully reviewed Petitioner's motion and reasons stated therein, the Court finds that the extension should be granted. Petitioner is reminded, however, that future requests from the Court should be made by motion and that Petitioner must serve Respondent with copies of all motions and pleadings filed in this action.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion for an extension of time (Dkt. # 22) is **GRANTED**;

(2) Petitioner shall submit his Amended Petition to the Court and to counsel for Respondent **on or before May 9, 2008**;

ORDER - 1

1    (3)   Respondent shall file his response to Mr. Richmond's habeas petition and written
2          clarification **on or before June 6, 2008**;
3    (4)   The Court Clerk is directed to send a copy of this Order to Petitioner and to note this
4          matter for the Court's **May 9, 2008** calendar.

DATED this  25th  day of April, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2